| | | *Tampa Bay Waterkeeper, et al. v. City of Largo, Florida* <br> *Table of NPDES Violations as of Date of Complaint* | | | | |
|---|---|---|---|---|---|---|
| Date (Month Ending) | Point of Discharge (Outfall) | Parameter | Limit Value | Limit Unit | Violation Type | Reported Value |
| 04/30/19 | D-001 | Nitrogen, total [as N] | 19 | ton/year | 5 YR AVG | 26.14 |
| 05/31/19 | D-001 | Nitrogen, total [as N] | 19 | ton/year | 5 YR AVG | 26.27 |
| 06/30/19 | D-001 | Nitrogen, total [as N] | 19 | ton/year | 5 YR AVG | 26.41 |
| 07/31/19 | D-001 | Nitrogen, total [as N] | 19 | ton/year | 5 YR AVG | 27.08 |
| 08/31/19 | D-001 | Nitrogen, total [as N] | 19 | ton/year | 5 YR AVG | 26.41 |
| 09/30/19 | D-001 | Nitrogen, total [as N] | 19 | ton/year | 5 YR AVG | 27.53 |
| 10/31/19 | D-001 | Nitrogen, total [as N] | 19 | ton/year | 5 YR AVG | 27.43 |
| 11/30/19 | D-001 | Nitrogen, total [as N] | 19 | ton/year | 5 YR AVG | 27.57 |
| 12/31/19 | D-001 | Nitrogen, total [as N] | 19 | ton/year | 5 YR AVG | 27.73 |
| 01/31/20 | D-001 | Nitrogen, total [as N] | 19 | ton/year | 5 YR AVG | 27.79 |
| 02/29/20 | D-001 | Nitrogen, total [as N] | 19 | ton/year | 5 YR AVG | 27.62 |
| 03/31/20 | D-001 | Nitrogen, total [as N] | 19 | ton/year | 5 YR AVG | 27.42 |
| 04/30/20 | D-001 | Nitrogen, total [as N] | 19 | ton/year | 5 YR AVG | 27.34 |
| 05/31/20 | D-001 | Nitrogen, total [as N] | 19 | ton/year | 5 YR AVG | 27.33 |
| 06/30/20 | D-001 | Nitrogen, total [as N] | 19 | ton/year | 5 YR AVG | 27.45 |
| 04/30/19 | D-001 | Dichlorobromomethane | 22 | ug/L | ANNL AVG | 46.8 |
| 05/31/19 | D-001 | Dichlorobromomethane | 22 | ug/L | ANNL AVG | 45.6 |
| 06/30/19 | D-001 | Dichlorobromomethane | 22 | ug/L | ANNL AVG | 47.7 |
| 07/31/19 | D-001 | Dichlorobromomethane | 22 | ug/L | ANNL AVG | 49.7 |
| 08/31/19 | D-001 | Dichlorobromomethane | 22 | ug/L | ANNL AVG | 47.7 |
| 09/30/19 | D-001 | Dichlorobromomethane | 22 | ug/L | ANNL AVG | 46.9 |
| 10/31/19 | D-001 | Dichlorobromomethane | 22 | ug/L | ANNL AVG | 44.5 |
| 11/30/19 | D-001 | Dichlorobromomethane | 22 | ug/L | ANNL AVG | 42.7 |
| 12/31/19 | D-001 | Dichlorobromomethane | 22 | ug/L | ANNL AVG | 42.5 |
| 01/31/20 | D-001 | Dichlorobromomethane | 22 | ug/L | ANNL AVG | 43.2 |
| 02/29/20 | D-001 | Dichlorobromomethane | 22 | ug/L | ANNL AVG | 43.9 |
| 03/31/20 | D-001 | Dichlorobromomethane | 22 | ug/L | ANNL AVG | 44.3 |
| 04/30/20 | D-001 | Dichlorobromomethane | 22 | ug/L | ANNL AVG | 45.0 |
| 05/31/20 | D-001 | Dichlorobromomethane | 22 | ug/L | ANNL AVG | 44.1 |
| 06/30/20 | D-001 | Dichlorobromomethane | 22 | ug/L | ANNL AVG | 44.3 |
| 08/31/15 | D-001 | % of fecal coliform samples < detectable | 75 | % | MO MIN | 58 |
| 12/31/15 | D-001 | % of fecal coliform samples < detectable | 75 | % | MO MIN | 74 |
| 01/31/16 | D-001 | % of fecal coliform samples < detectable | 75 | % | MO MIN | 74 |
| 03/31/16 | D-001 | % of fecal coliform samples < detectable | 75 | % | MO MIN | 48 |
| 04/30/16 | D-001 | % of fecal coliform samples < detectable | 75 | % | MO MIN | 53 |
| 05/31/16 | D-001 | % of fecal coliform samples < detectable | 75 | % | MO MIN | 55 |
| 06/30/16 | D-001 | % of fecal coliform samples < detectable | 75 | % | MO MIN | 57 |
| 08/31/16 | D-001 | % of fecal coliform samples < detectable | 75 | % | MO MIN | 65 |
| 09/30/16 | D-001 | % of fecal coliform samples < detectable | 75 | % | MO MIN | 47 |
| 10/31/16 | D-001 | % of fecal coliform samples < detectable | 75 | % | MO MIN | 68 |
| 11/30/16 | D-001 | % of fecal coliform samples < detectable | 75 | % | MO MIN | 70 |
| 02/28/17 | D-001 | % of fecal coliform samples < detectable | 75 | % | MO MIN | 46 |
| 03/31/17 | D-001 | % of fecal coliform samples < detectable | 75 | % | MO MIN | 52 |
| 11/30/17 | D-001 | % of fecal coliform samples < detectable | 75 | % | MO MIN | 70 |

| Tampa Bay Waterkeeper, et al. v. City of Largo, Florida  Table of NPDES Violations as of Date of Complaint ||||||| 
|---|---|---|---|---|---|---|
| Date (Month Ending) | Point of Discharge (Outfall) | Parameter | Limit Value | Limit Unit | Violation Type | Reported Value |
| 01/31/18 | D-001 | % of fecal coliform samples < detectable | 75 | % | MO MIN | 68 |
| 12/31/18 | D-001 | % of fecal coliform samples < detectable | 75 | % | MO MIN | 74 |
| 02/28/19 | D-001 | % of fecal coliform samples < detectable | 75 | % | MO MIN | 61 |
| 07/31/19 | D-001 | % of fecal coliform samples < detectable | 75 | % | MO MIN | 74 |
| 08/31/19 | D-001 | % of fecal coliform samples < detectable | 75 | % | MO MIN | 58 |
| 10/31/19 | D-001 | % of fecal coliform samples < detectable | 75 | % | MO MIN | 65 |
| 11/30/19 | D-001 | % of fecal coliform samples < detectable | 75 | % | MO MIN | 13 |
| 12/31/19 | D-001 | % of fecal coliform samples < detectable | 75 | % | MO MIN | 26 |
| 01/31/20 | D-001 | % of fecal coliform samples < detectable | 75 | % | MO MIN | 19 |
| 02/29/20 | D-001 | % of fecal coliform samples < detectable | 75 | % | MO MIN | 38 |
| 04/30/20 | D-001 | % of fecal coliform samples < detectable | 75 | % | MO MIN | 67 |

| Total Count of NPDES Permit Violations ||
|---|---|
| Total Months of Violation: TN | 15 |
| Total Months of Violation: Dichlorobromomethane | 15 |
| Total Months of Violation: % of fecal coliform samples < detectable | 25 |
| Total Months of Violation: All Parameters | 55 |
| Total Days of Violation All Parameters (30 days per month) | 1650 |