**Tampa Bay Waterkeeper, et al. v. City of Largo, Florida**
**Table of Sanitary Sewer Overflows and Unauthorized Discharges as of Date of Complaint**

| YEAR | DATE OF DISCHARGE VIOLATION (BEGIN) | DATE OF DISCHARGE (CEASE) | TOTAL DAYS OF VIOLATION | LOCATION OF DISCHARGE | TYPE OF DISCHARGE | SOURCE OF DISCHARGE | CAUSE OF DISCHARGE | ESTIMATED TOTAL VOLUME OF DISCHARGE | ESTIMATED VOLUME OF DISCHARGE TO SURFACE WATER | ESTIMATED VOLUME OF DISCHARGE TO STORM SYSTEM | DATE OF REPORT | FLOWED TO SURFACE WATER (NAME) | FLOWED TO STORMWATER SYSTEM (NAME) | REACH SURFACE WATER (Y=1/N=0) | REACH STORM DRAIN (Y=1/N=0) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 294 | | | | TOTALS | 50,428,077 | 48,729,204 | 970,617 | | | | 139 | 53 |
| 2015 | 07/27/15 | 08/06/15 | 11 | 960 Starkey Rd | raw sewer | manhole | I and I, Capacity | 1,620,738 | 1,596,738 | na | 7/27/2015 | not provided | na | 1 | 0 |
| 2015 | 07/28/15 | 08/02/15 | 6 | Anglers Ln | raw sewer | manhole overflow | I and I | 161,400 | 161,400 | 0 | 7/28/2015 | not provided | na | 1 | 0 |
| 2015 | 07/28/15 | 07/31/15 | 4 | Donegan Rd & Lake Ave | raw sewer | bypass pipe, gravity line | I and I, Capacity | 4,293,000 | 4,293,000 | 0 | 7/28/2015 | not provided | na | 1 | 0 |
| 2015 | 07/28/15 | 07/29/15 | 2 | Donegan Rd & 1050 Starkey Rd | raw sewer | manhole, gravity line | I and I, Capacity | 36,563 | 36,563 | 0 | 7/28/2015 | not provided | na | 1 | 0 |
| 2015 | 07/28/15 | 08/06/15 | 10 | Donegan Rd & Highland Ave SE | raw sewer | manhole | I and I, Capacity | 1,230,526 | 1,230,526 | 0 | 7/28/2015 | not provided | na | 1 | 0 |
| 2015 | 07/28/15 | 08/02/15 | 6 | 1921 West Bay Dr & 20th St. SE | raw sewer | manhole | I and I, Capacity | 346,163 | 36,163 | 0 | 7/28/2015 | not provided | na | 1 | 0 |
| 2015 | 08/03/15 | 08/04/15 | 2 | 58th St N & 3rd Ave | raw sewer | manhole | I and I, Capacity | 74,062 | 74,062 | 0 | 8/3/2015 | not provided | na | 1 | 0 |
| 2015 | 08/03/15 | 08/04/15 | 2 | Church Cr. Point | raw sewer | manhole | I and I, Capacity | 85,000 | 85,000 | 0 | 8/3/2015 | not provided | na | 1 | 0 |
| 2015 | 08/03/15 | 08/05/15 | 3 | Hillsdale & Gladys | raw sewer | manhole | I and I, Capacity | 389,250 | 389,250 | 0 | 8/3/2015 | not provided | na | 1 | 0 |
| 2015 | 08/03/15 | 08/05/15 | 3 | Gladys | raw sewer | manhole | I and I, Capacity | 352,013 | 352,013 | 0 | 8/3/2015 | not provided | na | 1 | 0 |
| 2015 | 08/03/15 | 08/04/15 | 2 | East Bay | raw sewer | cleanout overflow | I and I, Capacity | 27,000 | 25,950 | 0 | 8/3/2015 | not provided | na | 1 | 0 |
| 2015 | 08/03/15 | 08/05/15 | 3 | Gladys & 19th Place SW | raw sewer | manhole | I and I, Capacity | 9,066 | 9,066 | 0 | 8/3/2015 | not provided | na | 1 | 0 |
| 2015 | 08/03/15 | 08/04/15 | 2 | 1915 Cove Dr | raw sewer | manhole | I and I, Capacity | 85,312 | 85,312 | 0 | 8/3/2015 | not provided | na | 1 | 0 |
| 2015 | 08/04/15 | unknown | 1 | 2597 Cresent Dr; Mariners Cove & 58th St. N; 1915 Cove Dr; 4071 Church Cr. Point; Gladys and 19th Pl SW; Hillsdale & 30th Ln SW; 123 10th Ave SW; County Club Rd & East Bay Dr | raw sewer | manhole | overflow | 450,000 | 450,000 | 0 | 8/4/2015 | McKay Cr & Boca Ceita Bay | na | 1 | 0 |
| 2015 | 08/04/15 | 08/06/15 | 3 | 123 10th Ave SW | raw sewer | manhole | I and I, Capacity | 48,250 | 48,250 | 0 | 8/4/2015 | not provided | na | 1 | 0 |
| 2015 | 08/06/15 | unknown | 1 | Donegan Rd & Lake Ave | force main | line break | line break | unknown | unkonwn | unknown | 8/6/2015 | not provided | not provided | 1 | 0 |
| 2015 | 08/08/15 | 08/09/15 | 2 | Donegan Rd & Lake Ave | raw sewer | manhole | I and I, Capacity | 382,500 | 382,500 | 0 | 8/8/2015 | not provided | na | 1 | 0 |
| 2015 | 08/08/15 | 08/09/15 | 2 | Golf Lake Condos & 960 Starkey Rd | raw sewer | manhole | I and I, Capacity | 159,375 | 159,375 | 0 | 8/8/2015 | not provided | na | 1 | 0 |
| 2015 | 08/08/15 | 08/09/15 | 2 | 1921 West Bay | raw sewer | manhole | I and I, Capacity | 63,750 | 63,750 | 0 | 8/8/2015 | not provided | na | 1 | 0 |

**Tampa Bay Waterkeeper, et al. v. City of Largo, Florida**
**Table of Sanitary Sewer Overflows and Unauthorized Discharges as of Date of Complaint**

| YEAR | DATE OF DISCHARGE VIOLATION (BEGIN) | DATE OF DISCHARGE (CEASE) | TOTAL DAYS OF VIOLATION | LOCATION OF DISCHARGE | TYPE OF DISCHARGE | SOURCE OF DISCHARGE | CAUSE OF DISCHARGE | ESTIMATED TOTAL VOLUME OF DISCHARGE | ESTIMATED VOLUME OF DISCHARGE TO SURFACE WATER | ESTIMATED VOLUME OF DISCHARGE TO STORM SYSTEM | DATE OF REPORT | FLOWED TO SURFACE WATER (NAME) | FLOWED TO STORMWATER SYSTEM (NAME) | REACH SURFACE WATER (Y=1/N=0) | REACH STORM DRAIN (Y=1/N=0) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 294 | | | | TOTALS | 50,428,077 | 48,729,204 | 970,617 | | | | 139 | 53 |
| 2015 | 08/08/15 | 08/09/15 | 2 | Donegan Rd & Lake Ave: 960 Starkey Rd; 1921 W Bay & 20th Ave | raw sewer | manhole | overflow | 604,625 | 604,625 | 0 | 8/8/2015 | Seminole Bypass Canal & McKay Cr | na | 1 | 0 |
| 2015 | 08/17/15 | 08/17/15 | 1 | Harmony Dr & Rosery Rd | raw sewer | manhole | grease, I and I | 750 | 250 | 0 | 8/17/2015 | not provided | na | 1 | 0 |
| 2015 | 08/17/15 | 08/18/15 | 2 | Donegan Rd | raw sewer | manhole | I and I, Capacity | 5,688 | 5,688 | 0 | 8/18/2015 | lake Seminole bypass canal | na | 1 | 0 |
| 2015 | 10/01/15 | 10/01/15 | 1 | Ulmerton Rd & 38th St. | raw sewer | manhole | contractor | 2,250 | 0 | 0 | 10/1/2016 | na | na | 0 | 0 |
| 2015 | 12/22/15 | 12/22/15 | 1 | 405 Church Cr. Pt | raw sewer | manhole | contractor, pump failure | 1,387 | 1,387 | 0 | 12/22/2015 | not provided | na | 1 | 0 |
| 2015 | 12/22/15 | 12/22/15 | 1 | 1951 Cove Dr | raw sewer | manhole | contractor, pump failure | 1,387 | 1,387 | 0 | 12/22/2015 | not provided | na | 1 | 0 |
| 2015 | 12/22/15 | 12/22/15 | 1 | 4054 Church Cr. Pt | raw sewer | manhole | equipment | 5,548 | 5,548 | 0 | 12/22/2015 | Boca Ciega Bay | na | 1 | 0 |
| 2015 | 12/22/15 | 12/22/15 | 1 | Suncoast Hospital & Indian Rock Rd | raw sewer | manhole | contractor, pump failure | 1,387 | 1,387 | 0 | 12/22/2015 | not provided | na | 1 | 0 |
| 2015 | 12/22/15 | 12/22/15 | 1 | Anglers Ln | raw sewer | manhole | contractor, pump failure | 1,387 | 1,387 | 0 | 12/22/2015 | not provided | na | 1 | 0 |
| 2015 | 01/04/16 | 01/04/16 | 1 | Adrian Av & Georgianna St | raw sewer | bypass pipe, lift station | contractor | unknown | 0 | unknown | 1/4/2016 | na | not provided | 0 | 1 |
| 2015 | 01/08/16 | 01/08/16 | 1 | 3092 Pepperwood W | raw sewer | Gravity line | grease | 350 | 0 | 0 | 1/9/2016 | na | na | 0 | 0 |
| 2016 | 01/13/16 | 01/13/16 | 1 | 1800 Seminole Blvd | raw sewer | force main | line break | 1,300 | 0 | 1,300 | 1/13/2016 | na | not provided | 0 | 1 |
| 2016 | 01/25/16 | 01/25/16 | 1 | Adrian Av & Georgianna St | raw sewer | bypass pipe | pump failure | 50 | 0 | 0 | 1/25/16 | na | na | 0 | 0 |
| 2016 | 02/03/16 | 02/03/16 | 1 | 169th 15th St. NW | raw sewer | manhole overflow | grease/sand | 1,800 | 1,800 | 0 | 2/3/16 | not provided | na | 1 | 0 |
| 2016 | 02/16/16 | 02/16/16 | 1 | 2nd Av NE & Ma | raw sewer | manhole overflow | pump failure | 375 | 375 | 0 | 2/16/16 | not provided | na | 1 | 0 |
| 2016 | 02/18/16 | 02/18/16 | 1 | Fulton Dr. & Willow St. | raw sewer | bypass pipe | damage by contractor | 750 | 0 | 0 | 2/18/16 | na | na | 0 | 0 |
| 2016 | 03/02/16 | 03/02/16 | 1 | 62nd St. N & Roosevelt Blvd. | raw sewer | cleanout overflow | grease/line break | unknown | unknown | unknown | 3/2/16 | na | na | 0 | 0 |
| 2016 | 04/04/16 | 04/04/16 | 1 | 3476 Adrian Ave | raw sewer | pybas pipe/force maine | damage by contractor/line break | 350 | 100 | unknown | 4/2/16 | not provided | na | 1 | 0 |
| 2016 | 05/27/16 | 05/27/16 | 1 | Aidan Ave. & Georgianna St | raw sewer | manhole overflow | pump failure | unknown | 402 | unknown | 5/27/16 | not provided | na | 1 | 0 |
| 2016 | 06/07/16 | 06/08/16 | 2 | 5100 150 Ave. N and 49th St. Roosevelt Blvd. | partially treated | wwrf effluent | I&I | 3,750,000 | 3,750,000 | 0 | 6/7/16 | rentention pond | na | 1 | 0 |
| 2016 | 06/07/16 | 06/07/16 | 1 | Church Cr & Indian Rocks | raw sewer | manhole overflow | I&I / Capacity | 12,250 | 12,250 | 0 | 6/7/16 | intercoastal waterway | na | 1 | 0 |
| 2016 | 06/07/16 | 06/07/16 | 1 | 960 Starky Rd. | raw sewer | manhole overflow | other - flooding | 1,000 | 1,000 | 1,000 | 6/7/16 | Boca Ciega Bay | Seminole bypass canal | 1 | 1 |

**Tampa Bay Waterkeeper, et al. v. City of Largo, Florida**
**Table of Sanitary Sewer Overflows and Unauthorized Discharges as of Date of Complaint**

| YEAR | DATE OF DISCHARGE VIOLATION (BEGIN) | DATE OF DISCHARGE (CEASE) | TOTAL DAYS OF VIOLATION | LOCATION OF DISCHARGE | TYPE OF DISCHARGE | SOURCE OF DISCHARGE | CAUSE OF DISCHARGE | ESTIMATED TOTAL VOLUME OF DISCHARGE | ESTIMATED VOLUME OF DISCHARGE TO SURFACE WATER | ESTIMATED VOLUME OF DISCHARGE TO STORM SYSTEM | DATE OF REPORT | FLOWED TO SURFACE WATER (NAME) | FLOWED TO STORMWATER SYSTEM (NAME) | REACH SURFACE WATER (Y=1/N=0) | REACH STORM DRAIN (Y=1/N=0) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 294 | | | | TOTALS | 50,428,077 | 48,729,204 | 970,617 | | | | 139 | 53 |
| 2016 | 06/07/16 | 06/07/16 | 1 | Donegan Rd andLake Av | raw sewer | manhole overflow | I&I / Capacity | 168,937 | 156,937 | 0 | 6/7/16 | not provided | seminole bypass canal | 1 | 0 |
| 2016 | 06/07/16 | 06/08/16 | 2 | 16th Av. SW | raw sewer | force main | line break | 34,614 | 28,614 | 0 | 6/7/16 | not provided | na | 1 | 0 |
| 2016 | 06/07/16 | 06/07/16 | 1 | 3476 Adrian Ave | raw sewer | manhole overflow | other - flooding | 12,250 | 12,250 | 12,250 | 6/7/16 | McKay Creek | not provided | 1 | 1 |
| 2016 | 06/07/16 | 06/07/16 | 1 | 960 Starky Rd. | raw sewer | manhole overflow | I&I / Capacity | 122,072 | 114,072 | 114,072 | 6/7/16 | Boca Ciega Bay | seminole bypass canal | 1 | 1 |
| 2016 | 06/08/16 | 06/08/16 | 1 | 200 Country Club Dr. | raw sewer | manhole overflow / cleanout | pump failure / I&I | 5,125 | 5,125 | | 6/8/16 | seminole bypass canal | | 1 | 0 |
| 2016 | 06/09/16 | 06/09/16 | 1 | 1867 Del Robles Dr. | raw sewer | manhole / lift station | pump failure / I&I | 25 | 25 | 0 | 6/9/16 | near Allens Cr. | na | 1 | 0 |
| 2016 | 06/22/16 | 06/22/16 | 1 | LS-10, 584 Forest Pkwy E. | raw sewer | manhole/lift station | pump failure/damage by contractor | 200 | 0 | 0 | 6/22/16 | na | na | 0 | 0 |
| 2016 | 07/20/16 | 07/20/16 | 1 | LS-12, 1014 Bay Breeze Terrace | raw sewer | manhole/bypass s pipe | pump failure/infiltratio n and inflow | 450 | 450 | 0 | 7/20/16 | not provided | na | 1 | 0 |
| 2016 | 07/24/16 | 07/24/16 | 1 | 200 Country Club Dr. | raw sewer | manhole/bypass s pipe | pump failure/infiltratio n and inflow | 2,000 | 2,000 | 0 | 7/24/16 | not provided | Seminole Bypass Canal | 1 | 1 |
| 2016 | 07/24/16 | 07/24/16 | 1 | 1627 Country Club Dr. | wastewater | manhole | blockage | 2,000 | 2,000 | 2,000 | 7/25/16 | not provided | Seminole Bypass Canal | 1 | 1 |
| 2016 | 07/24/16 | 07/24/16 | 1 | 2597 Crescent Dr. | wastewater | manhole/bypass s pipe | pump failure/infiltratio n and inflow | 24,000 | 24,000 | 24,000 | 7/25/16 | McKay Creek | not provided | 1 | 1 |
| 2016 | 07/25/16 | 07/25/16 | 1 | 15400 Roosevelt Blvd | raw sewer | manhole | grease | 450 | 450 | 0 | 7/25/16 | not provided | na | 1 | 0 |
| 2016 | 08/04/16 | 08/04/16 | 1 | 339 Country Club Dr. | raw sewer | gravity line | pump failure | 3,000 | 3,000 | 0 | 8/4/16 | not provided | na | 1 | 0 |
| 2016 | 08/07/16 | 08/11/16 | 5 | Donegan rd btw lake avenue and 8th Avenue | raw sewer | manhole | rain | 397,875 | 397,875 | 0 | 8/8/16; 8/9/16; 8/11/16 | Seminole Water Basin | na | 1 | 0 |
| 2016 | 08/07/16 | 08/07/16 | 1 | 960 Golf Condominiums | raw sewer | manhole | infiltration and inflow | 900 | 900 | 0 | 8/7/16 | not provided | na | 1 | 0 |
| 2016 | 08/08/16 | 08/09/16 | 2 | Golf Lake Condominiums & Starkey Rd. | raw sewer | manhole | infiltration and inflow | 84,750 | 74,750 | unknown | 8/9/16 | Starkey Water Basin | stormwater system that flows to Starkey Water Basin | 1 | 1 |
| 2016 | 08/08/16 | 08/09/16 | 2 | 5TH Ave NE | raw sewer | manhole | infiltration and inflow | 28,875 | 28,875 | 28,875 | 8/8/16 | Starkey Water Basin | stormwater system that flows to Starkey Water Basin | 1 | 1 |
| 2016 | 08/09/16 | 08/09/16 | 1 | 13455 Wilcox Rd | raw sewer | manhole/lift station | pump failure/wet weather | 18,000 | 12,000 | 0 | 8/9/16 | not provided | na | 1 | 0 |
| 2016 | 08/09/16 | 08/10/16 | 2 | 960 Starky Rd | raw sewer | manhole | rain | 159,000 | 159,000 | 159,000 | 8/10/16 | Starkey Water Basin | stormwater system that flows to Starkey Water Basin | 1 | 1 |
| 2016 | 08/09/16 | 08/10/16 | 2 | 5th Ave | raw sewer | manhole | infiltration and inflow | 52,500 | 52,500 | 0 | 8/10/16 | not provided | na | 1 | 0 |

| YEAR | DATE OF DISCHARGE VIOLATION (BEGIN) | DATE OF DISCHARGE (CEASE) | TOTAL DAYS OF VIOLATION | LOCATION OF DISCHARGE | TYPE OF DISCHARGE | SOURCE OF DISCHARGE | CAUSE OF DISCHARGE | ESTIMATED TOTAL VOLUME OF DISCHARGE | ESTIMATED VOLUME OF DISCHARGE TO SURFACE WATER | ESTIMATED VOLUME OF DISCHARGE TO STORM SYSTEM | DATE OF REPORT | FLOWED TO SURFACE WATER (NAME) | FLOWED TO STORMWATER SYSTEM (NAME) | REACH SURFACE WATER (Y=1/N=0) | REACH STORM DRAIN (Y=1/N=0) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | **294** | | | | **TOTALS** | **50,428,077** | **48,729,204** | **970,617** | | | | **139** | **53** |
| 2016 | 08/12/16 | 08/12/16 | 1 | Del Robles Terrace | raw sewer | manhole | pump failure | 1,875 | 1,875 | 0 | 8/12/16 | not provided | na | 1 | 0 |
| 2016 | 08/12/16 | 08/13/16 | 1 | 855 Seacrest Dr. | raw sewer | manhole | equipment | 7,500 | 7,500 | 7,500 | 8/13/16 | Allens Creek | storm drain that empties into Allens Creek | 1 | 1 |
| 2016 | 08/13/16 | 08/13/16 | 1 | Del Robles Terrace (Clearwater) | raw sewer | lift station | pump failure | 5,625 | 5,625 | 0 | 8/13/16 | not provided | na | 1 | 0 |
| 2016 | 08/15/16 | 08/15/16 | 1 | 1942 Cove Dr. | wastewater | gravity line/manhole | pump failure | 4,500 | 4,500 | 0 | 8/15/16 | McKay Creek | na | 1 | 0 |
| 2016 | 08/28/16 | 08/28/16 | 1 | Crescent Ave. and 8th Ave SW | raw sewer | lift station | blockage | 12,000 | 12,000 | 12,000 | 8/28/16 | McKay Creek | McKay Creek | 1 | 1 |
| 2016 | 08/31/16 | 09/02/16 | 3 | 2nd Ave NE | raw sewer | manhole | excessive rainfall | 43,031 | 43,031 | unknown | 09/08/16 | Starkey Rd Water Basin | na | 1 | 0 |
| 2016 | 08/31/16 | 09/03/16 | 4 | 1101 16th Ave NW | raw sewer | manhole | infiltration and inflow | 688,500 | 688,500 | unknown | 08/31/16 | not provided | na | 1 | 0 |
| 2016 | 08/31/16 | unknown | 1 | 1000 2nd St. SE/Public Works | raw sewer | manhole (2 different) | excessive rainfall | 838,637 | 838,637 | unknown | 9/8/16 | Starkey Rd Water Basin | unknown | 1 | 0 |
| 2016 | 08/31/16 | 09/06/16 | 7 | Golf Lake Condos | raw sewer | manhole (2 different) | infiltration and inflow | 1,952,561 | 1,952,561 | unknown | 8/31/16 | Starkey Rd Water Basin | unknown | 1 | 0 |
| 2016 | 08/31/16 | 09/05/16 | 6 | Donegan Rd | raw sewer | manhole (2 different) | excessive rainfall | 5,445,000 | 5,445,000 | unknown | 8/31/16 | Starkey Rd Water Basin | unknown | 1 | 0 |
| 2016 | 08/31/16 | unknown | 1 | 5th Ave NE | raw sewer | manhole (2 different) | excessive rainfall | 532,769 | 532,769 | unknown | 9/8/16 | Starkey Rd Water Basin | unknown | 1 | 0 |
| 2016 | 08/31/16 | unknown | 1 | 10TH AV SW | raw sewer | manhole (2 different) | excessive rainfall | 540,000 | 540,000 | unknown | 9/8/16 | McKay Creek | unknown | 1 | 0 |
| 2016 | 08/31/16 | 09/01/16 | 2 | Lancaster Ave and Aleshia Dr. | raw sewer | manhole | infiltration and inflow | 39,375 | 39,375 | unknown | 8/31/16 | Allens Creek | unknown | 1 | 0 |
| 2016 | 08/31/16 | 09/01/16 | 1 | Wilcox Rd at Vonn Rd | raw sewer | manhole | infiltration and inflow | 44,531 | 44,531 | unknown | 8/31/16 | McKay Creek | unknown | 1 | 0 |
| 2016 | 08/31/16 | 09/02/16 | 3 | Crescent Dr. and 8th Ave. | raw sewer | manhole | infiltration and inflow | 325,875 | 323,875 | unknown | 8/31/16 | McKay Creek | unknown | 1 | 0 |
| 2016 | 08/31/16 | 09/04/16 | 5 | 5000 150th Ave N, WWRF | partially treated wastewater | bypass pipe | capacity | 11,880,000 | 11,880,000 | 0 | 9/2/16 | not provided | na | 1 | 0 |
| 2016 | 09/01/16 | 09/07/16 | 7 | West Bay Dr. and 20th St. | raw sewer | manhole | infiltration and inflow | 1,509,000 | 1,509,000 | unknown | 9/1/16 | McKay Creek | unknown | 1 | 0 |
| 2016 | 09/02/16 | 09/04/16 | 3 | 358 6th St. NW | raw sewer | manhole | excessive rainfall | 536,250 | 526,350 | unknown | 9/8/16 | McKay Creek | unknown | 1 | 0 |
| 2016 | 10/03/16 | 10/03/16 | 1 | 3550 Cove Cay Dr. | raw sewer | manhole | rags and paper | 600 | 600 | 600 | 10/3/16 | not provided | storm drain which flowed to a pond | 1 | 1 |
| 2016 | 10/03/16 | 10/04/16 | 2 | 5100 150th Avenue North Clearwater | reclaimed water | storage tanks | tanks had too much water and couldnt hold more | 8,000,000 | 8,000,000 | 0 | 10/5/16 | Old Tampa Bay | na | 1 | 0 |
| 2016 | 10/07/16 | 10/07/16 | 1 | Country Club Dr. | raw sewer | manhole cleanout | pump failure | 2,500 | 2,500 | 2,500 | 10/7/16 | Starkey water basin/Seminole Canal | not provided | 1 | 1 |
| 2016 | 10/19/16 | 10/19/16 | 1 | 6th Ave SW and 5th St. SW | raw sewer | gravity line | grease/sand | 150 | 120 | 120 | 10/19/2016 | not provided | not provided | 1 | 1 |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Tampa Bay Waterkeeper, et al. v. City of Largo, Florida** | | | | | | | | | | | | | | |
| | **Table of Sanitary Sewer Overflows and Unauthorized Discharges as of Date of Complaint** | | | | | | | | | | | | | | |
| YEAR | DATE OF DISCHARGE VIOLATION (BEGIN) | DATE OF DISCHARGE (CEASE) | TOTAL DAYS OF VIOLATION | LOCATION OF DISCHARGE | TYPE OF DISCHARGE | SOURCE OF DISCHARGE | CAUSE OF DISCHARGE | ESTIMATED TOTAL VOLUME OF DISCHARGE | ESTIMATED VOLUME OF DISCHARGE TO SURFACE WATER | ESTIMATED VOLUME OF DISCHARGE TO STORM SYSTEM | DATE OF REPORT | FLOWED TO SURFACE WATER (NAME) | FLOWED TO STORMWATER SYSTEM (NAME) | REACH SURFACE WATER (Y=1/N=0) | REACH STORM DRAIN (Y=1/N=0) |
| | | | 294 | | | | TOTALS | 50,428,077 | 48,729,204 | 970,617 | | | | 139 | 53 |
| 2016 | 10/19/16 | 10/19/16 | 1 | 5th Ave & 4th St SW, 5th Ave SW, & 4th St SW | raw sewage | manhole | grease | 300 | 150 | 0 | 10/19/2016 | not provided | na | 1 | 0 |
| 2016 | 10/21/16 | 10/21/16 | 1 | 584 Forest Parkway | untreated wastewater | level pressure transducer | failure | 100 | 0 | 0 | 10/21/2016 | na | na | 0 | 0 |
| 2016 | 10/27/16 | 10/28/16 | 2 | Donegan Rd and Lake Ave | untreated wastewater | pipeline discharge point | blockage | 1,200 | 1,200 | 0 | 10/27/16 | not provided | na | 1 | 0 |
| 2016 | 10/30/16 | 10/30/16 | 1 | Country Club Dr. | untreated wastewater | cleanout | pump failure | 1,500 | 1,100 | 0 | 10/30/16 | not provided | na | 1 | 0 |
| 2016 | 10/30/16 | 10/30/16 | 1 | Donegan Rd & Lake Avenue SE | untreated wastewater | bypass hose | overflow | 100 | 100 | 0 | 10/30/16 | not provided | na | 1 | 0 |
| 2016 | 11/04/16 | 11/04/16 | 1 | 200 Country Club Dr. | untreated wastewater | cleanout | overflow | 225 | 225 | 0 | 11/4/16 | not provided | na | 1 | 0 |
| 2016 | 11/08/16 | 11/08/16 | 1 | 1100 Ponce de Leon Blvd. | untreated wastewater | manhole | overflow | 50 | 50 | 0 | 11/8/16 | not provided | na | 1 | 0 |
| 2016 | 11/28/16 | 11/28/16 | 1 | 3300 Block of Executive Dr., 34th St. N, & Ulmerton St. | raw sewage | manhole | grease | 2,033 | 2,033 | 0 | 11/28/16 | not provided | na | 1 | 1 |
| 2016 | 12/01/16 | 12/01/16 | 1 | 712 Shore Dr & Seacrest | raw sewage | manhole | grease | 750 | 750 | 0 | 12/1/16 | not provided | na | 1 | 0 |
| 2016 | 12/05/16 | 12/05/16 | 1 | Lake Judy Lee Dr & Country Club Dr | raw sewage | manhole | grease | 1,500 | 1,000 | 0 | 12/5/16 | not provided | na | 1 | 1 |
| 2016 | 12/20/16 | 12/20/16 | 1 | 2728 Forest Pkwy & Oakwood Dr. | raw sewage | manhole | pump failure | 500 | 475 | 0 | 12/20/16 | Allens Creek | na | 1 | 1 |
| 2016 | 12/20/16 | 12/20/16 | 1 | 584 Forest Parkway | untreated wastewater | manhole | component failure | 475 | 475 | 0 | 12/20/16 | Allens Creek | na | 1 | 0 |
| 2017 | 01/28/17 | 01/28/17 | 1 | 200 Country Club Drive & Judy Lee Dr | raw sewage | manhole | overflow | 500 | 500 | 0 | 02/03/17 | not provided | na | 1 | 0 |
| 2017 | 01/28/17 | 01/28/17 | 1 | 12991 Sophia Circle & Wilcox Road | wastewater | gravity line | grease | 500 | 500 | 0 | 01/28/17 | not provided | na | 1 | 0 |
| 2017 | 02/08/17 | 02/08/17 | 1 | 13455 Wilcox Road | raw sewage | lift station | power failure | 189,000 | 187,000 | 0 | 02/08/17 | not provided | na | 1 | 0 |
| 2017 | 03/06/17 | 03/06/17 | 1 | 10500 Ulmerton Road | raw sewage | manhole | blockage | 1,000 | 0 | 0 | 03/06/17 | not provided | na | 0 | 0 |
| 2017 | 04/02/17 | 04/02/17 | 1 | 200 Country Club Drive & Lake Judy Lee Dr | raw sewage | manhole | grease | 5,000 | 4,500 | 0 | 04/02/17 | not provided | na | 1 | 0 |
| 2017 | 05/23/17 | 05/23/17 | 1 | 13630 50th Way North | raw sewage | manhole | roots | 825 | 0 | 0 | 05/23/17 | not provided | na | 0 | 0 |
| 2017 | 06/01/17 | 06/01/17 | 1 | 632 Shore Drive | raw sewage | manhole | grease | 100 | 90 | 0 | 06/01/17 | not provided | na | 1 | 1 |
| 2017 | 06/26/17 | 06/26/17 | 1 | 1145 Ponce de Leon Blvd | sanitary wastewater | manhole | blockage | 9,000 | 0 | 0 | 06/26/17 | not provided | na | 0 | 0 |

**Tampa Bay Waterkeeper, et al. v. City of Largo, Florida**
**Table of Sanitary Sewer Overflows and Unauthorized Discharges as of Date of Complaint**

| YEAR | DATE OF DISCHARGE VIOLATION (BEGIN) | DATE OF DISCHARGE (CEASE) | TOTAL DAYS OF VIOLATION | LOCATION OF DISCHARGE | TYPE OF DISCHARGE | SOURCE OF DISCHARGE | CAUSE OF DISCHARGE | ESTIMATED TOTAL VOLUME OF DISCHARGE | ESTIMATED VOLUME OF DISCHARGE TO SURFACE WATER | ESTIMATED VOLUME OF DISCHARGE TO STORM SYSTEM | DATE OF REPORT | FLOWED TO SURFACE WATER (NAME) | FLOWED TO STORMWATER SYSTEM (NAME) | REACH SURFACE WATER (Y=1/N=0) | REACH STORM DRAIN (Y=1/N=0) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 294 | | | | TOTALS | 50,428,077 | 48,729,204 | 970,617 | | | | 139 | 53 |
| 2017 | 06/30/17 | 06/30/17 | 1 | 200 Country Club Dr & Judy Lee Dr | raw sewage | manhole | overflow | 3,750 | 3,750 | 0 | 06/30/17 | not provided | na | 1 | 0 |
| 2017 | 07/11/17 | 07/11/17 | 1 | 13455 Wilcox Rd & Sophia Circle | raw sewage | lift station | overflow | 30,000 | 30,000 | unknown | 07/11/17 | not provided | Church Creek | 1 | 1 |
| 2017 | 07/24/17 | 07/24/17 | 1 | Eastwood Shores & Bough | raw sewage | manhole | overflow | 4,800 | 4,800 | unknown | 07/24/17 | not provided | Tampa Bay | 1 | 1 |
| 2017 | 07/31/17 | 07/31/17 | 1 | 200 Country Club Dr. & Judy Lee Dr. | raw sewage | manhole | overflow | 120 | 120 | 0 | 07/31/17 | not provided | na | 1 | 0 |
| 2017 | 08/01/17 | 08/01/17 | 1 | 13101 Belcher Rd & Ulnerton Rd | raw sewage | force main | damage by contractor | 60,000 | 0 | unknown | 08/01/17 | na | not provided | 0 | 1 |
| 2017 | 08/09/17 | 08/09/17 | 1 | 3215 Whispering Dr. & Wild Acres | raw sewage | air release valve | faulty piping | 2,400 | 1,700 | 0 | 09/09/17 | not provided | na | 1 | 0 |
| 2017 | 08/15/17 | 08/15/17 | 1 | 15080 Verona Avenue & 150th Avenue | raw sewage | manhole | overflow | 220 | 0 | 0 | 08/15/17 | na | na | 0 | 0 |
| 2017 | 08/21/17 | 08/21/17 | 1 | City of Largo WWRF & 49th Street | raw sewage | WWRF influent | overflow | 10,000 | 0 | 0 | 08/21/17 | na | na | 0 | 0 |
| 2017 | 08/24/17 | 08/24/17 | 1 | Lift Station #2, Lake Ave, & Highland Ave | raw sewage | lift station | backup | 2,540 | 2,040 | unknown | 08/24/17 | not provided | not provided | 1 | 1 |
| 2017 | 08/28/17 | 08/28/17 | 1 | 13455 Wilcox Rd & Sophia Circle | raw sewage | manhole | overflow | 5,250 | 5,250 | unknown | 08/28/17 | not provided | not provided | 1 | 1 |
| 2017 | 09/11/17 | 09/11/17 | 1 | Sun Point Place Apartments & East Bay Dr | raw sewage | manhole | power failure | 30,000 | 30,000 | 0 | 09/11/17 | Largo Nature Preserve | na | 1 | 0 |
| 2017 | 09/11/17 | 09/11/17 | 1 | 1754 Indian Rocks Rd & Penelope Lane | raw sewage | manhole | overflow | 4,875 | 4,875 | 0 | 09/11/17 | not provided | na | 1 | 0 |
| 2017 | 09/11/17 | 09/11/17 | 1 | 4054 Church Creek Pt & Indian Rocks Rd | raw sewage | manhole | overflow | 3,000 | 3,000 | 0 | 9/11/17 | not provided | na | 1 | 0 |
| 2017 | 09/11/17 | 09/11/17 | 1 | 1942 Cove Dr & Indian Rocks Road | raw sewage | manhole | overflow | 2,875 | 2,875 | 0 | 09/11/17 | not provided | na | 1 | 0 |
| 2017 | 09/11/17 | 09/11/17 | 1 | 3884 Anglers Lane & Indian Rocks Rd | raw sewage | manhole | overflow | 3,500 | 3,500 | 0 | 09/11/17 | not provided | na | 1 | 0 |
| 2017 | 09/11/17 | 09/11/17 | 1 | Lift Station #2, Country Club Dr & East Bay Dr | raw sewage | manhole | power failure | 17,425 | 17,425 | 0 | 9/11/17 | not provided | na | 1 | 0 |
| 2017 | 09/12/17 | 09/12/17 | 1 | 2326 Seton Lane & Edgewater | raw sewage | manhole | power failure | 300 | 300 | unknown | 09/12/17 | Mckay Creek | not provided | 1 | 1 |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Tampa Bay Waterkeeper, et al. v. City of Largo, Florida** | | | | | | | | | | | | | | |

**Tampa Bay Waterkeeper, et al. v. City of Largo, Florida**
**Table of Sanitary Sewer Overflows and Unauthorized Discharges as of Date of Complaint**

| YEAR | DATE OF DISCHARGE VIOLATION (BEGIN) | DATE OF DISCHARGE (CEASE) | TOTAL DAYS OF VIOLATION | LOCATION OF DISCHARGE | TYPE OF DISCHARGE | SOURCE OF DISCHARGE | CAUSE OF DISCHARGE | ESTIMATED TOTAL VOLUME OF DISCHARGE | ESTIMATED VOLUME OF DISCHARGE TO SURFACE WATER | ESTIMATED VOLUME OF DISCHARGE TO STORM SYSTEM | DATE OF REPORT | FLOWED TO SURFACE WATER (NAME) | FLOWED TO STORMWATER SYSTEM (NAME) | REACH SURFACE WATER (Y=1/N=0) | REACH STORM DRAIN (Y=1/N=0) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 294 | | | | TOTALS | 50,428,077 | 48,729,204 | 970,617 | | | | 139 | 53 |
| 2017 | 09/21/17 | 09/21/17 | 1 | 13455 Wilcox Road & Sophia Circle | raw sewage | manhole | damage by contractor | 33,750 | 33,250 | unknown | 09/21/17 | not provided | Roosevelt Creek #23 | 1 | 1 |
| 2017 | 10/08/17 | 10/08/17 | 1 | City of Largo WWRF & 49th Street | wastewater | WWRF influent | overflow | 10,000 | 0 | 0 | 10/08/17 | na | na | 0 | 0 |
| 2017 | 11/02/17 | 11/02/17 | 1 | 2397 Crescent Dr | wastewater | lift station | equipment | 7,400 | unknown | unknown | 11/02/17 | Mckay Creek | not provided | 1 | 1 |
| 2018 | 01/06/18 | 01/06/18 | 1 | 2709 8th Ave SW & Crescent Drive | reclaimed water | reclaimed water line | trailer accident | 14,150 | 14,150 | 0 | 01/08/18 | Mckay Creek | na | 1 | 0 |
| 2018 | 01/26/18 | 01/26/18 | 1 | Fulton & Willow Ditchline & Paradise Isle Mhp | raw sewage | air release valve | damage by city worker | 20 | 0 | 0 | 01/26/18 | na | na | 0 | 0 |
| 2018 | 02/23/18 | 02/23/18 | 1 | 1145 Ponce de Leon | raw sewage | manhole | blockage | 19,250 | 19,250 | unknown | 02/23/18 | Belleair Creek | not provided | 1 | 1 |
| 2018 | 06/09/18 | 06/09/18 | 1 | City of Largo lift station #2 | raw sewage | manhole | overflow | 2,650 | 2,650 | 2,650 | 06/11/18 | not provided | not provided | 1 | 1 |
| 2018 | 06/14/18 | 06/15/18 | 2 | Country Club Dr. | raw sewage | manhole | overflow | 1,450 | 1,450 | 0 | 06/15/18 | Starkey Road Basin | na | 1 | 0 |
| 2018 | 06/23/18 | 06/23/18 | 1 | 3476 Adrian Ave | raw sewage | manhole | equipment | 1,250 | 1,250 | 1,250 | 06/24/18 | McKay Creek | not provided | 1 | 1 |
| 2018 | 07/02/18 | 07/02/18 | 1 | 3051 Tech Drive & 34th Street | raw sewage | manhole | pump failure | 150 | 0 | 0 | 07/02/18 | na | na | 0 | 0 |
| 2018 | 07/09/18 | 07/09/18 | 1 | 3051 Tech Dr & 34th St N | raw sewage | manhole | overflow | 100 | 0 | 0 | 07/09/18 | na | na | 0 | 0 |
| 2018 | 07/16/18 | 07/16/18 | 1 | 14623 54th Way N & 150th Ave | raw sewage | manhole | grease | 1,800 | 1,700 | 0 | 07/16/18 | Cross Bayou Basin | na | 1 | 0 |
| 2018 | 07/27/18 | 07/27/18 | 1 | 1115 Ponce de Leon & Clearwater Largo Road | raw sewage | lift station | overflow | 10,000 | 9,000 | unknown | 07/27/2018 | not provided | Bel Air Creek Basin | 1 | 1 |
| 2018 | 07/28/18 | 07/28/18 | 1 | 200 Country Club Drive & Judy Lee Drive | wastewater | clean out | blockage | 30 | 30 | unknown | 07/28/18 | not provided | not provided | 1 | 0 |
| 2018 | 08/13/18 | 08/13/18 | 1 | 2350 Seton Lane | wastewater | manhole | sand/grease | 88,500 | 84,500 | 0 | 08/13/18 | not provided | na | 1 | 0 |
| 2018 | 08/14/18 | 08/14/18 | 1 | 301 Seacrest Drive & Keene Park Drive | wastewater | manhole | grease | 200 | 0 | 0 | 08/14/18 | na | na | 0 | 0 |
| 2018 | 08/29/18 | 08/29/18 | 1 | 13455 Wilcox Rd., Cove Drive, & Church Creek Point | wastewater | lift station, manhole | overflow | 217,500 | 7,500 | 0 | 08/30/18 | Intercoastal Waterway | na | 1 | 0 |
| 2018 | 08/29/18 | 08/29/18 | 1 | 1100 Belcher Rd. | wastewater | manhole | overflow | 24,750 | 0 | 0 | 08/30/18 | na | na | 0 | 0 |
| 2018 | 10/07/18 | 10/07/18 | 1 | 3666 135th Avenue N & Coral Way | wastewater | clean out | blockage | 5 | 0 | 0 | 10/07/18 | na | na | 0 | 0 |

| YEAR | DATE OF DISCHARGE VIOLATION (BEGIN) | DATE OF DISCHARGE (CEASE) | TOTAL DAYS OF VIOLATION | LOCATION OF DISCHARGE | TYPE OF DISCHARGE | SOURCE OF DISCHARGE | CAUSE OF DISCHARGE | ESTIMATED TOTAL VOLUME OF DISCHARGE | ESTIMATED VOLUME OF DISCHARGE TO SURFACE WATER | ESTIMATED VOLUME OF DISCHARGE TO STORM SYSTEM | DATE OF REPORT | FLOWED TO SURFACE WATER (NAME) | FLOWED TO STORMWATER SYSTEM (NAME) | REACH SURFACE WATER (Y=1/N=0) | REACH STORM DRAIN (Y=1/N=0) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 294 | | | | TOTALS | 50,428,077 | 48,729,204 | 970,617 | | | | 139 | 53 |
| 2019 | 01/10/19 | 01/10/19 | 1 | WaterChase Apartments and Madison at Largo Apartments | wastewater | manhole | blockage | 59,350 | 58,350 | 58,350 | 01/10/19 | Long Bayou | not provided | 1 | 1 |
| 2019 | 04/03/19 | 04/03/19 | 1 | Carr Ruben Ctr & 56th Court | raw sewage | force main | damage by contractor | 2,400 | 0 | 1,200 | 04/03/19 | na | not provided | 0 | 1 |
| 2019 | 04/30/19 | 04/30/19 | 1 | 9025 Ulmerton Rd. | wastewater | grease interceptor | overflow | 60 | 0 | 0 | 04/30/19 | na | na | 0 | 0 |
| 2019 | 06/12/19 | 06/12/19 | 1 | Twigg Terrace, 130th Ave, & 137th Ave | wastewater | manhole | damage by contractor | 800 | 0 | 0 | 06/12/19 | na | na | 0 | 0 |
| 2019 | 06/14/19 | 06/14/19 | 1 | 1019 Woodbrook Dr. S | untreated wastewater | unknown | unknown | 225 | 225 | 225 | 06/14/19 | not provided | not provided | 1 | 1 |
| 2019 | 06/27/19 | 06/27/19 | 1 | 5100 150th Ave. N | untreated wastewater | unknown | unknown | 200 | 0 | 0 | 06/27/19 | na | na | 0 | 0 |
| 2019 | 07/08/19 | 07/09/19 | 2 | 2200 Lake Avenue SE & Ulmerton Road | wastewater | gravity line | damage by contractor | 1,600 | unknown | unknown | 07/08/19 | Long Bayou | not provided | 1 | 1 |
| 2019 | 07/25/19 | 07/25/19 | 1 | 5100 150th Avenue North, Clearwater | overflow at plant | high rain event | | 1,950 | 0 | 0 | 07/25/19 | na | na | 0 | 0 |
| 2019 | 07/26/19 | 07/26/19 | 1 | 5100 150th Avenue North | partially treated wastewater | pipe | break-in-line | 9,000 | 600 | 0 | 07/27/19 | not provided | na | 1 | 0 |
| 2019 | 07/30/19 | 07/30/19 | 1 | 3335 Ulmerton Road, Clearwater | raw sewage | manhole | overflow | 300 | 200 | 200 | 07/31/19 | Roosevelt Creek | not provided | 1 | 1 |
| 2019 | 08/05/19 | 08/05/19 | 1 | 3600 Oak Manor Lane | wastewater | manhole | blockage | 1,580 | 1,500 | 1,500 | 08/06/19 | Mckay Creek | not provided | 1 | 1 |
| 2019 | 08/16/19 | 08/16/19 | 1 | Donegan Road | untreated wastewater | manhole | overflow | 18,000 | 18,000 | 0 | 8/17/19 | Seminole Bypass Canal | na | 1 | 0 |
| 2019 | 08/16/19 | 08/16/19 | 1 | 1130 5th Ave N.E. & Highland Ave | untreated wastewater | manhole | high rain event | 162,875 | 162,875 | 0 | 08/16/2019 | Seminole Bypass Canal | na | 1 | 0 |
| 2019 | 08/16/19 | 08/18/19 | 3 | 1700 Harmony Drive & Idle Drive | raw sewage | manhole | high rain event | 138,950 | 138,950 | 138,950 | 08/16/19 | Allen's Creek | not provided | 1 | 1 |
| 2019 | 08/16/19 | 08/18/19 | 3 | Hillsdale Ave & Gladys St | raw sewage | manhole | high rain event | 125,140 | 125,140 | unknown | 08/16/19 | Mckay Creek | not provided | 1 | 1 |
| 2019 | 08/16/19 | 08/18/19 | 3 | 1931 W. Bay Drive | raw sewage | manhole, grease interceptor | high rain event | 187,300 | 187,300 | 187,300 | 08/16/19 | Mckay Creek | not provided | 1 | 1 |
| 2019 | 08/16/19 | 08/18/19 | 3 | 5000 150th Avenue North | partially treated | WRF | high rain event | 187,050 | unknown | unknown | 08/16/19 | unknown | unknown | unknown | unknown |
| 2019 | 08/17/19 | 8/17/19 | 1 | Donegan Road & Lake Avenue | untreated wastewater | manhole | high rain event | 15,000 | 15,000 | 0 | 08/17/19 | not provided | na | 1 | 0 |
| 2019 | 08/17/19 | 8/18/19 | 2 | 1025 1st Street SW | raw sewage | manhole | high rain event | 97,200 | 97,200 | 97,200 | 08/18/19 | McKay Creek | not provided | 1 | 1 |
| 2019 | 08/17/19 | 8/18/19 | 2 | 123 10th Ave. SW | raw sewage | manhole | high rain event | 84,750 | 84,750 | 84,750 | 08/18/19 | McKay Creek | not provided | 1 | 1 |
| 2019 | 08/23/19 | 8/23/19 | 1 | 301 Seacrest Dr. | raw sewage | manhole | overflow | 1,700 | 1,700 | 1,700 | 08/23/19 | Starkey Road Basin | not provided | 1 | 1 |

*Tampa Bay Waterkeeper, et al. v. City of Largo, Florida*
*Table of Sanitary Sewer Overflows and Unauthorized Discharges as of Date of Complaint*

| YEAR | DATE OF DISCHARGE VIOLATION (BEGIN) | DATE OF DISCHARGE (CEASE) | TOTAL DAYS OF VIOLATION | LOCATION OF DISCHARGE | TYPE OF DISCHARGE | SOURCE OF DISCHARGE | CAUSE OF DISCHARGE | ESTIMATED TOTAL VOLUME OF DISCHARGE | ESTIMATED VOLUME OF DISCHARGE TO SURFACE WATER | ESTIMATED VOLUME OF DISCHARGE TO STORM SYSTEM | DATE OF REPORT | FLOWED TO SURFACE WATER (NAME) | FLOWED TO STORMWATER SYSTEM (NAME) | REACH SURFACE WATER (Y=1/N=0) | REACH STORM DRAIN (Y=1/N=0) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 294 | | | | TOTALS | 50,428,077 | 48,729,204 | 970,617 | | | | 139 | 53 |
| 2019 | 09/03/19 | 09/03/19 | 1 | 13391 Vonn Road & 134th Avenue | reclaimed water | WWRF reclaimed | broken valve | 240,000 | 0 | 0 | 09/03/19 | na | na | 0 | 0 |
| 2019 | 10/19/19 | 10/19/19 | 1 | 5100 150th Avenue North | partially treated wastewater | bypass valve | overflow | 100 | 0 | 0 | 10/19/19 | na | na | 0 | 0 |
| 2019 | 10/24/19 | 10/24/19 | 1 | Central Park Apartments, 301 Seacrest Drive, & Barnsdale Drive | raw sewage | manhole | grease | 120 | 0 | 50 | 10/24/19 | na | not provided | 0 | 1 |
| 2019 | 10/31/19 | 10/31/19 | 1 | 13531 Twigg Terrace | untreated wastewater | manhole | damage by contractor | 6,750 | 6,750 | 6,750 | 10/31/19 | Mckay Creek | not provided | 1 | 1 |
| 2019 | 11/19/19 | 11/19/19 | 1 | 401 Rosary Rd NE | untreated wastewater | manhole | grease | 200 | 200 | 200 | 11/19/19 | not provided | not provided | 1 | 1 |
| 2019 | 11/29/19 | 11/29/19 | 1 | 2175 62nd Street N & Roosevelt | untreated wastewater | manhole | overflow | 85 | 0 | 0 | 11/29/19 | na | na | 0 | 0 |
| 2019 | 12/06/19 | 12/06/19 | 1 | 1177 Missouri Avenue & Rosery Road | raw sewage | manhole | grease | 225 | 0 | unknown | 12/06/19 | na | not provided | 0 | 1 |
| 2019 | 12/19/19 | 12/19/19 | 1 | 17964 US 19, Clearwater & Belleair Rd | wastewater | force main | line break/cave in | 500 | 0 | 0 | 12/19/19 | na | na | 0 | 0 |
| 2020 | 01/02/20 | 01/02/20 | 1 | 5100 150th Street, N, Clearwater & City of Largo AWWTF | wastewater | force main | damage by contractor | 800 | 0 | 0 | 01/02/20 | na | na | 0 | 0 |
| 2020 | 01/15/20 | 01/15/20 | 1 | 13845 US 19 & 142nd Ave N | wastewater | force main | line break/cave in | 100 | 0 | 0 | 01/15/20 | na | na | 0 | 0 |
| 2020 | 01/16/20 | 01/16/20 | 1 | 788 N. Missouri Ave & Rosery Road | wastewater | force main | damage by contractor | 40 | 0 | 0 | 01/26/20 | na | na | 0 | 0 |
| 2020 | 01/22/20 | 01/22/20 | 1 | 12923 127th Ave N. & 130th Streen N | wastewater | manhole | grease | 1,125 | 1,125 | 1,125 | 01/22/20 | not provided | not provided | 1 | 1 |
| 2020 | 02/01/20 | 02/01/20 | 1 | 1709 Dunbar Lane, Clearwater & Croydon Drive | untreated wastewater | bypass pipe | damage by contractor | 1,000 | 1,000 | 1,000 | 02/01/20 | Seminole Bypass Canal | not provided | 1 | 1 |
| 2020 | 02/06/20 | 02/06/20 | 1 | 2200 Gladys Street - Autumn Chase & 134th Avenue N | untreated wastewater | manhole | grease | 550 | 550 | unknown | 02/06/20 | Mccay Creek | nearby storm drain | 1 | 1 |
| 2020 | 02/06/20 | 02/06/20 | 1 | 1857 Bough Ave - Eastwood Shores & Haines Bayshore | untreated wastewater | manhole | power failure | 1,500 | 1,500 | 0 | 02/06/20 | Tampa Bay | na | 1 | 0 |

**Tampa Bay Waterkeeper, et al. v. City of Largo, Florida**
**Table of Sanitary Sewer Overflows and Unauthorized Discharges as of Date of Complaint**

**Tampa Bay Waterkeeper, et al. v. City of Largo, Florida**
**Table of Sanitary Sewer Overflows and Unauthorized Discharges as of Date of Complaint**

| YEAR | DATE OF DISCHARGE VIOLATION (BEGIN) | DATE OF DISCHARGE (CEASE) | TOTAL DAYS OF VIOLATION | LOCATION OF DISCHARGE | TYPE OF DISCHARGE | SOURCE OF DISCHARGE | CAUSE OF DISCHARGE | ESTIMATED TOTAL VOLUME OF DISCHARGE | ESTIMATED VOLUME OF DISCHARGE TO SURFACE WATER | ESTIMATED VOLUME OF DISCHARGE TO STORM SYSTEM | DATE OF REPORT | FLOWED TO SURFACE WATER (NAME) | FLOWED TO STORMWATER SYSTEM (NAME) | REACH SURFACE WATER (Y=1/N=0) | REACH STORM DRAIN (Y=1/N=0) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 294 | | | | TOTALS | 50,428,077 | 48,729,204 | 970,617 | | | | 139 | 53 |
| 2020 | 02/08/20 | 02/08/20 | 1 | 200 Country Club Dr. Venetia Apts & East Bay Drive | untreated wastewater | clean out | blockage | 2,100 | 2,100 | 0 | 02/08/20 | Seminole Bypass Canal | na | 1 | 0 |
| 2020 | 02/23/20 | 02/23/20 | 1 | 5100 150th Ave North & 49th Street N | partially treated wastewater | overflow at plant | power failure | 105,000 | 0 | 0 | 02/23/20 | na | na | 0 | 0 |
| 2020 | 02/26/20 | 02/26/20 | 1 | 13030 Starkey Road & 130th Ave N | wastewater | grease trap manhole | grease | 150 | 0 | 0 | 2/26/20 | na | na | 0 | 0 |
| 2020 | 02/29/20 | 02/29/20 | 1 | 13391 Vonn Rd. | reclaimed water | reuse water | equipment | 180,000 | 0 | 0 | 2/29/20 | na | na | 0 | 0 |
| 2020 | 03/12/20 | 03/12/20 | 1 | 5100 150th Ave N & 49th St. N | reclaimed water | reclaimed water line | damage by contractor | 80 | 0 | 0 | 3/12/20 | na | na | 0 | 0 |
| 2020 | 03/20/20 | 03/20/20 | 1 | 5000 150th Avenue North | partially treated wastewater | pump | equipment | 200 | 0 | 0 | 3/20/20 | na | na | 0 | 0 |
| 2020 | 04/05/20 | 04/06/20 | 2 | 2554 Oak Trail South | untreated wastewater | manhole | blockage | 8,250 | 0 | unknown | 04/06/20 | na | nearby storm drain | 0 | 1 |
| 2020 | 05/28/20 | 05/28/20 | 1 | 5000 150th Avenue North | fully treated reclaimed wastewater | RCW | contractor | 50,000 | 0 | 0 | 06/01/20 | na | na | 0 | 0 |
| 2020 | 06/15/20 | 06/15/20 | 1 | 5000 150th Avenue North | reclaimed wastewater | RCW | inaccurate sensors | 150,000 | 0 | 0 | 06/16/20 | na | na | 0 | 0 |
| 2020 | 07/07/20 | 07/07/20 | 1 | 13030 Starkey Road, 130th Ave North | untreated wastewater | manhole | repair | 200 | 0 | 0 | 07/08/20 | na | na | 0 | 0 |
| 2020 | 07/14/20 | 07/15/20 | 2 | 8265 Wild Oak Circle | untreated wastewater | force main break | accident | 21,000 | 0 | 21,000 | 07/15/20 | na | na | 0 | 1 |