UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| TAMPA BAY WATERKEEPER, OUR CHILDREN'S EARTH FOUNDATION and SUNCOAST WATERKEEPER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LARGO, FLORIDA,<br><br>Defendant | Civil Case No. 8:20-cv-01742-CEH-AAS |

**JOINT MOTION FOR LIMITED EXTENSION OF APPICABLE DEADLINES AND TO PERMIT CASE MANAGEMENT CONFERENCE ATTENDANCE BY TELEPHONE OR VIRTUAL MEETING**

Plaintiffs and Defendant, in light of progress made toward potential settlement of this action and to avoid unnecessary time and expense for the parties, jointly move this Court for a brief extension of applicable deadlines. As grounds therefore, the Parties state as follows:

1. Federal Rule of Civil Procedure 6(b) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: … (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires…"

2. The Parties have continued to negotiate settlement terms that will most likely form the basis for a final settlement agreement resolving this action, to be embodied in a proposed Stipulated Order of Dismissal with Court's Retention of Jurisdiction. The next opportunity for Defendant's City Commission to vote on a settlement with Plaintiffs will be at a regularly scheduled Commission Meeting on January 19, 2021. Florida law requires advance public notice of the settlement prior to the City Commission's consideration and vote on the issue.

3. To allow time to complete negotiations and finalize settlement documents for Defendant's City Commission to vote on the settlement with prior public notice, the Parties hereby jointly move for a brief extension of all deadlines occurring prior to January 19, 2021, as follows:

    a. **January 26, 2021**: Case Management Conference (currently required by January 12, 2021) (Dkt. 26)

    b. **February 2, 2021**: Case Management Report (currently required by January 26, 2021) (Local Rule 3.05(c)(2)); and

    c. **February 9, 2021:** Plaintiffs' Motion to Strike Affirmative Defenses (Dkt. 27) (currently required by January 13, 2021 under Fed. R. Civ. P. 12(f)). The extended deadline permits Plaintiffs 21 days from

2

January 19, 2021 to file their motion, consistent with Fed. R. Civ. P. 12(f).

4. The Parties further move to amend Section I of the Case Management Report form required by the Court in this matter requiring "in person" attendance at the conference (Dkt. 7). Revised Local Rule 3.02(a)(1) allows for additional methods of attendance, and Plaintiffs' counsel wishes to adhere to federal and state guidelines to avoid travel when possible during the COVID-19 pandemic.

5. Accordingly, the Parties respectfully request that this Court enter an order that extends all deadlines occurring before January 19, 2021, as follows: January 26, 2021 for the Parties to attend a case management conference by telephone or video conference, February 2, 2021 for the Parties to file a case management report, and February 9, 2021 for Plaintiffs to file a motion to strike certain affirmative defenses asserted by Defendant (Dkt. 27).

6. This joint motion is made in good faith by mutual agreement of the Parties for the sole purpose of facilitating settlement of the case, and allowing the parties to avoid unnecessary litigation costs, not for purposes of delay. Neither party will be prejudiced by granting the relief sought herein.

WHEREFORE, the Parties respectfully request the entry of an Order granting the extensions of time set forth herein.

Respectfully submitted this 4th day of January, 2021.

/s/ Justin Bloom
Justin Bloom
FL Bar # 89109
Justin Bloom Attorney at Law, PA
P.O. Box 1028
Sarasota, FL 34230
P: (917) 991-7593
F: (866) 574-2169
E: bloomesq1@gmail.com

/s/ Kathryn Schmidt
Kathryn Schmidt, *Pro Hac Vice*
Van Ness Feldman LLP
1050 Thomas Jefferson St. NW
Washington, DC 20007
P: 202-298-1982
F: 202-338-2361
E: kschmidt@vnf.com

*Attorneys for Plaintiffs, TAMPA BAY WATERKEEPER, OUR CHILDREN'S EARTH FOUNDATION and SUNCOAST WATERKEEPER*

/s/ Brian A. Bolves
Brian A. Bolves, FBN 367079
Paria Shirzadi Heeter, FBN 99158
Manson Bolves Donaldson Varn, P.A.
109 N. Brush Street, Suite 300
Tampa, FL 33602
P: 813-514-4700
F: 813-514-4701
E: bbolves@mansonbolves.com
   pheeter@mansonbolves.com
   jstratton@mansonbolves.com

*Counsel for Defendant,*
*CITY OF LARGO, FLORIDA*

Alan S. Zimmet, B.C.S., FBN 349615
Bryant Miller Olive P.A.
One Tampa City Center, Suite 2700
Tampa, FL 33602
P: 813-273-6677
F: 813-223-2705
E: azimmet@bmolaw.com
   nakins@bmolaw.com
   cmiller@bmolaw.com

*Co-Counsel for Defendant,*
*CITY OF LARGO, FLORIDA*

4