UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TAMPA BAY WATERKEEPER OUR CHILDREN'S EARTH FOUNDATION, and SUNCOAST WATERKEEPER,**

    **Plaintiffs,**

v.                                               Case No: 8:20-cv-1742-AAS

**CITY OF LARGO, FLORIDA,**

    **Defendant.**
_____/

## ORDER

The plaintiffs filed a notice stating the parties have settled. (Doc. 51). As required, the United States Department of Justice (DOJ) and the Environmental Protection Agency (EPA) reviewed the settlement and have no objections to the settlement. (Doc. 57, Ex. 1). The parties now jointly move for the court to enter the Stipulated Order of Dismissal and Court's Retention of Jurisdiction. (Doc. 57).

Thus, the following is **ORDERED:**

1. The parties' joint Motion to Enter Stipulated Order of Dismissal and Court's Retention of Jurisdiction (Doc. 57) is **GRANTED**.

    a. The Stipulated Order of Dismissal and Court's Retention of

        Jurisdiction will be docketed separately.

    b.    This case is **DISMISSED with prejudice** and the Clerk is directed to close this case.

2.    The plaintiffs' Motion to Strike the City of Largo's Affirmative Defenses (Doc. 44) is **DENIED as moot.**

3.    The status conference scheduled for **Monday June 21, 2021** is canceled.

**ENTERED** in Tampa, Florida, on June 2, 2021.

*Amanda Arnold Sansone*

AMANDA ARNOLD SANSONE
United States Magistrate Judge

2